## ZACKERY v. STATE.
### No. 16259.

Court of Criminal Appeals of Texas.
Nov. 15, 1933.

Carney & Carney, of Atlanta, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for burglary; punishment, two years in the penitentiary.

The indictment is in proper form. The record is before this court without statement of facts or bills of exception, in which condition nothing is presented for review.

The judgment is affirmed.

## STOKES v. STATE.
### No. 16247.

Court of Criminal Appeals of Texas.
Nov. 15, 1933.

Melvion R. Luter, of San Antonio, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is robbery; the punishment, confinement in the penitentiary for fifteen years.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.